RECEIVED
[stamp, Western District of LA, Tony R. Moore, Clerk]
Date 7/10/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STUART BROOKS<br>    LA. DOC #394185 | CIVIL ACTION NO. 6:11-cv-1272 |
| VS. | SECTION P |
| | JUDGE HAIK |
| WARDEN ROBERT HENDERSON | MAGISTRATE JUDGE HILL |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and alternatively, **DISMISSED WITH PREJUDICE** on the merits under the applicable standard of review.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 10th day of July, 2012.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE